UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 16-87 |
| DAVID WHITE, JR. | SECTION "L" (5) |

## ORDER & REASONS

The Court recently received Defendant's *pro se* motion. R. Doc. 44. The motion is filed on a form indicating that it is a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. R. Doc. 44 at 1. However, the only grounds stated by Defendant are those requesting that he be credited ten (10) months for time served while in federal custody prior to sentencing. R. Doc. 44 at 4. Accordingly, the Court construes this motion as a Motion for Credit for Prior Custody under 18 U.S.C. § 3585. The Government has filed a response in opposition. R. Doc. 46.

The Court finds that Defendant has failed to exhaust his administrative remedies. *See Fuller v. Rich*, 11 F.3d 61 (5th Cir. 1994). Accordingly, this motion is premature. Prior to requesting the relief sought in this motion, Defendant/Petitioner must seek *habeas corpus* relief from the warden of the facility where he is confined. *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2242). Therefore,

**IT IS ORDERED** that Defendant White's motion, R. Doc. 44, is hereby **DENIED**.

New Orleans, Louisiana, this 30th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc: David M. White, Jr. #36724-034
    F.C.C. Coleman II USP
    P.O. Box 1034
    Coleman, FL 33521